AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

ORLANDO GARCIA GIL, GUSTAVO MARTINEZ

*Plaintiff(s)*

v.

DANNY BENSUSAN, STEVE BENSUSAN, GREENWICH VILLAGE ENTERTAINMENT GROUP LLC

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Danny Bensusan: 131 West 3rd Street New York, NY 10012.
Steve Bensusan: 131 West 3rd Street New York, NY 10012.
Greenwich Village Entertainment Group LLC: 131 West 3rd Street New York, NY 10012.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Law Office of Brett M. Schatz PC
1345 Avenue of the Americas, Second Floor
New York, NY 10105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/16/2018

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*