```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ORLANDO GARCIA GIL, and GUSTAVO          :
MARTINEZ,                                :
                                         :
                       Plaintiffs,       :
                                         :
              -v-                        :
                                         :
DANNY BENSUSAN, STEVE BENSUSAN, and      :
GREENWICH VILLAGE ENTERTAINMENT          :
GROUP LLC,                               :
                       Defendants.       :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2021

18-CV-10657 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Federal Rule of Civil Procedure 25(a)(1) requires an action by or against a decedent to be dismissed if a motion for substitution "is not made within 90 days after service of a statement noting the death";

WHEREAS on December 11, 2020, Defense counsel filed a statement noting the death of Orlando Garcia Gil (Dkt. 36);

WHEREAS on March 5, 2021, the Court indicated that it would dismiss the case brought by Mr. Gil *sua sponte* if Mr. Gil's successor or representative did not move to be substituted by March 11, 2021 (Dkt. 41);

WHEREAS Mr. Gil's successor or representative has not moved to be substituted as a party;

IT IS HEREBY ORDERED THAT: Pursuant to Federal Rule of Civil Procedure 25(a)(1), Mr. Gil is dismissed as a party in this case. The Clerk of Court is directed to amend the caption accordingly.

**SO ORDERED.**

Date:  March 12, 2021
       New York, New York

                                           **VALERIE CAPRONI**
                                           **United States District Judge**