```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 GUSTAVO MARTINEZ,                                             :
                                                               :
                              Plaintiff,                       :
                                                               :
                                                               :     18-CV-10657 (VEC)
         -v-                                                   :
                                                               :           ORDER
                                                               :
 DANNY BENSUSAN, STEVE BENSUSAN, and                           :
 GREENWICH VILLAGE ENTERTAINMENT                               :
 GROUP LLC,                                                    :
                              Defendants.                      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 26, 2021, Plaintiff's counsel moved to withdraw as Mr. Martinez's attorney (Dkt. 44);

WHEREAS on March 26, 2021 the Court ordered Mr. Martinez to respond to Mr. Schatz's motion to withdraw by April 16, 2021. The Court also ordered Mr. Martinez to inform the Court whether he wanted to continue to prosecute this case. The Court warned Mr. Martinez that failure to respond to the Court's order by April 16, 2021 would result in this Court relieving Mr. Schatz and dismissing this case for failure to prosecute. (Dkt. 45);

WHEREAS the Court received no response from Mr. Martinez by April 16, 2021;

IT IS HEREBY ORDERED THAT: Mr. Schatz's motion to withdraw as attorney of record is GRANTED. This case is DISMISSED without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is directed to mail a copy of this order to Mr. Martinez at the address listed in Mr. Schatz's motion. See Dkt. 44.

**SO ORDERED.**

Date: April 20, 2021
New York, New York

VALERIE CAPRONI
United States District Judge